IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM #209415     PLAINTIFF

v.     No. 4:19-cv-721-DPM-JTR

DILLON BERRYMAN, OIC, Lonoke County Jail; ROBERT LANIUS, Medical Head, Lonoke County Jail; and JOHN STALEY, Sheriff, Lonoke County     DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 10*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gilliam's motion for preliminary injunctive relief, *Doc. 9*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 August 2020