# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICHARD GILLIAM**  **PLAINTIFF**
**#209415**

v.  No: 4:19-cv-721-DPM-JTR

**DILLON BERRYMAN, OIC,**
**Lonoke County Jail; ROBERT**
**LANIUS, Medical Head, Lonoke**
**County Jail; and JOSH STALEY,**
**Sheriff, Lonoke County**  **DEFENDANTS**

## ORDER

Unopposed motion to voluntarily dismiss, *Doc. 16*, granted. Gilliam's claims against Berryman are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2020