IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM    PLAINTIFF
ADC #209415

v.    No. 4:19-cv-721-DPM

ROBERT LANIUS, Medical Head,
Lonoke County Jail; JOHN STALEY,
Sheriff, Lonoke County; KEVIN SMITH,
Jail Administrator, Lonoke County Sheriff's
Office; BURKES, Deputy/Medical, Lonoke
County Sheriff's Office; MORRIS, Deputy,
Lonoke County Sheriff's Office; and DAKOTA
SMITH, OIC, Lonoke County Sheriff's Office    DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Agreed motion to dismiss, *Doc. 25*, granted. Gilliam's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 May 2021