IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICHARD GILLIAM
ADC #209415                                                                PLAINTIFF

v.                    No. 4:19-cv-721-DPM

DILLON BERRYMAN, OIC, Lonoke
County Jail; ROBERT LANIUS, Medical
Head, Lonoke County Jail; JOHN STALEY,
Sheriff, Lonoke County; KEVIN SMITH,
Jail Administrator, Lonoke County Sheriff's
Office; BURKES, Deputy/Medical, Lonoke
County Sheriff's Office; MORRIS, Deputy,
Lonoke County Sheriff's Office; and DAKOTA
SMITH, OIC, Lonoke County Sheriff's Office            DEFENDANTS

JUDGMENT

Gilliam's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2021